**WO**                                                                                                          KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Adams, Plaintiff, vs. Maricopa County Sheriff's Office, et al., Defendants. | No. CV 10-1558-PHX-RCB (ECV) **ORDER** |

On July 22, 2010, Plaintiff Morgan Adams, who is confined in the Maricopa County Estrella Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. On the same date, the Clerk of Court issued a Notice of Assignment (Doc. 2) informing Plaintiff that his case had been received and assigning a case number and a judge. The Notice of Assignment was mailed to Plaintiff on July 23, 2010.

On August 16, 2010, the Court granted Plaintiff *in forma pauperis* status and dismissed the Complaint with leave to amend (Doc. 5). On August 25, 2010, the screening Order was returned to the Court with the notation "Void," "Unclaimed," and "Return to Sender." On September 30, 2010, the Clerk of Court entered a judgment of dismissal because Plaintiff failed to file an amended complaint.

On October 8, 2010, Plaintiff filed a "Motion to Stop Withdrawal of Monies from Plaintiff's Account" (Doc. 9). In an October 25, 2010 Order, the Court denied the Motion.

1  On October 29, 2010, Plaintiff filed a Motion for Reconsideration asking the Court to
2  reconsider its denial of Plaintiff's Motion to Stop Withdrawal of Monies.
3      The Court has reviewed Plaintiff's original Motion, the October 25, 2010 Order, and
4  Plaintiff's Motion for Reconsideration.  The Court finds no reason to reconsider its denial of
5  Plaintiff's Motion.
6      **IT IS THEREFORE ORDERED** that Plaintiff's October 29, 2010 Motion for
7  Reconsideration (Doc. 11) is **denied**.
8      DATED this 18th day of November, 2010.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -